# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN
600 CHURCH STREET - ROOM 112
FLINT, MICHIGAN 48502

CHAMBERS OF
**MICHAEL HLUCHANIUK**
UNITED STATES MAGISTRATE JUDGE

(810) 341-7850
Fax (810)-341-7854

September 2, 2008

Hon. Sandra M. Snyder
United States Magistrate Judge
United States District Court
1501 Robert E. Coyle U.S. Courthouse
2500 Tulare St.
Fresno, CA 93721-1318
Attn: Courtroom Deputy Clerk

**FILED**

SEP 0 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN RE: **USA v Jeffrey Alan Brohn ~~1:08-MJ-00178-SMS~~**

Dear Clerk:                    $/:08-CR-271-AWI-/$

The above-named individual appeared in this district on August 25, 2008, based upon a Complaint and Warrant issued in the Eastern District of California. The defendant waived his right to an Identity hearing on August 27, 2008. An Order of Detention and Commitment to Another District have been issued in this matter.

Enclosed are time-stamped copies of the paperwork from our district for your use.

If you have any questions concerning this matter, please contact me at the telephone number listed above.

Sincerely,

Michael Hluchaniuk
United States Magistrate Judge

By: _James P. Peltier_

James P. Peltier
Courtroom Deputy Clerk

enc.

CLOSED

# U.S. District Court
## Eastern District of Michigan (Flint)
## CRIMINAL DOCKET FOR CASE #: 4:08-mj-30381-MJH All Defendants

Case title: United States of America v. Brohn          Date Filed: 08/25/2008
                                                       Date Terminated: 08/27/2008

---

Assigned to: Magistrate Judge Michael J. Hluchaniuk

**Defendant (1)**

**Jeffrey Alan Brohn**                    represented by **Federal Defender**
*TERMINATED: 08/27/2008*                  Federal Defender
                                          Office
                                          613 Abbott
                                          5th Floor
                                          Detroit, MI 48226
                                          313-967-5542
                                          *TERMINATED:*
                                          *08/27/2008*
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE*
                                          *NOTICED*
                                          *Designation: Public*
                                          *Defender or*
                                          *Community Defender*
                                          *Appointment*

                                          **Kenneth R. Sasse**
                                          Federal Defender
                                          Office
                                          653 S. Saginaw
                                          Suite 105
                                          Flint, MI 48502-1523
                                          810-232-3600
                                          Email:
                                          kenneth_sasse@fd.org

                                          *ATTORNEY TO BE*
                                          *NOTICED*

*Designation: Public
Defender or
Community Defender
Appointment*

**Pending Counts**                                                    **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                                 **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                        **Disposition**

RULE 40 EASTERN DISTRICT OF CALIFORNIA                               TRANSFERRED

---

**Plaintiff**

**United States of America**          represented by **Craig F Wininger**
                                                    U.S. Attorney Office - Flint
                                                    600 Church St.
                                                    Flint, MI 48502
                                                    810-766-5032
                                                    Email: craig.wininger@usdoj.gov
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: U.S. Attorney*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 08/25/2008 | 1 | PETITION by Craig F Wininger for removal hearing as to Jeffrey Alan Brohn (1). (THal) (Entered: 08/26/2008) |
| 08/25/2008 |   | Minute Entry for proceedings held before Magistrate Judge Michael Hluchaniuk: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Jeffrey Alan Brohn held on 8/25/2008. **Detention Hearing set for 8/27/2008 01:30 PM** (Tape #: FTR - Flint) (Defendant Attorney: Kenneth Sasse) (AUSA: Craig Wininger) (PPel) (Entered: 08/26/2008) |

| 08/26/2008 | 2 | AMENDED PETITION by Craig F Wininger for removal hearing as to Jeffrey Alan Brohn. (THal) (Entered: 08/26/2008) |
|---|---|---|
| 08/26/2008 | 3 | ORDER OF TEMPORARY DETENTION as to Jeffrey Alan Brohn Signed by Magistrate Judge Michael J. Hluchaniuk. (PPau) (Entered: 08/26/2008) |
| 08/26/2008 | 4 | ORDER APPOINTING FEDERAL DEFENDER as to Jeffrey Alan Brohn. Signed by Magistrate Judge Michael J. Hluchaniuk. (PPau) (Entered: 08/26/2008) |
| 08/27/2008 | 5 | NOTICE OF ATTORNEY APPEARANCE: Kenneth R. Sasse appearing for Jeffrey Alan Brohn (Sasse, Kenneth) (Entered: 08/27/2008) |
| 08/27/2008 | | Minute Entry for proceedings held before Magistrate Judge Michael Hluchaniuk: Detention Hearing as to Jeffrey Alan Brohn held on 8/27/2008. Disposition: Defendant consents to detention pending hearing in district of prosecution. (Tape #: FTR - Flint) (Defendant Attorney: Kenneth Sasse) (AUSA: Norman Donker) (PPel) (Entered: 08/27/2008) |
| 08/27/2008 | | Minute Entry for proceedings held before Magistrate Judge Michael Hluchaniuk: Removal Hearing held on 8/27/2008. Disposition: Defendant waives identity hearing. Order defendant removed to district of prosecution. (Tape #: FTR - Flint) (Defendant Attorney: Kenneth Sasse) (AUSA: Norman Donker) (PPel) (Entered: 08/27/2008) |
| 08/27/2008 | 6 | ORDER OF DETENTION PENDING TRIAL as to Jeffrey Alan Brohn Signed by Magistrate Judge Michael J. Hluchaniuk. (PPau) (Entered: 08/28/2008) |
| 08/27/2008 | 7 | WAIVER of Rule 5 Hearings by Jeffrey Alan Brohn (PPau) (Entered: 08/28/2008) |
| 08/27/2008 | 8 | COMMITMENT TO ANOTHER DISTRICT Defendant committed to District of Eastern District of California. Signed by Magistrate Judge Michael J. Hluchaniuk. (PPau) (Entered: 08/28/2008) |
| 08/28/2008 | 9 | NOTICE transferring case to *EASTERN DISTRICT OF CALIFORNIA* as to Jeffrey Alan Brohn. (PPau) (Entered: 08/28/2008) |

# UNITED STATES DISTRICT COURT

| EASTERN | District of | MICHIGAN |
|---|---|---|

U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

2008 AUG 27 P 3: 52

FILED

| UNITED STATES OF AMERICA V. JEFFREY ALAN BROHN, | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 1:08-CR-00271 | 4:08-MJ-30381 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of   18   **U.S.C. §** 2422(b)

**DISTRICT OF OFFENSE**
EASTERN DISTRICT OF CALIFORNIA

**DESCRIPTION OF CHARGES:**

Use of a facility of interstate commerce to induce a minor to engage in sexual activity.

I hereby certify that the foregoing is a true copy of the original on file in this Office.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

By_____   Deputy   8/27/08

**CURRENT BOND STATUS:**

☐ Bail fixed at                              and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| **Representation:** | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| **Interpreter Required?** | X No | ☐ Yes | Language: | |
|---|---|---|---|---|

**DISTRICT OF** MICHIGAN

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

27 Aug 2008
Date

Michael Hluchaniuk
Judge

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

# UNITED STATES DISTRICT COURT

EASTERN      DISTRICT OF      MICHIGAN

UNITED STATES OF AMERICA

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

V.

CASE NUMBER: 08-MJ-30381

JEFFREY ALAN BROHN,

Defendant

CHARGING DISTRICTS
CASE NUMBER: 1:08-CR-00271

I understand that charges are pending in the    EASTERN    District of    CALIFORNIA

alleging violation of     18:2442(b)     and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)    Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

## I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( X ) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
*Defendant*

8/27/08
*Date*

_____
*Defense Counsel*

# UNITED STATES DISTRICT COURT

| **EASTERN** | District of | **MICHIGAN** |
|---|---|---|

UNITED STATES OF AMERICA,

U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

**CONSENT**

**ORDER OF DETENTION PENDING TRIAL**

V.

Jeffrey Alan Brohn
*Defendant*

2008 AUG 27 ~~CRIMINAL~~ **CRIMINAL NUMBER:** 08·MJ·30381

## FILED

**Part I—Findings of Fact**

The defendant in open court, and with the advice of counsel, consented to detention reserving the right to have a detention hearing at a later time.

**Part II—Written Statement of Reasons for Detention**

Based upon the consent of the defendant, detention is ordered. The defendant may request a detention hearing at a later date.

**Part III—Directions Regarding Detention**

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

27 Aug 2008
*Date*

*Michael J. Hluchaniuk*

Michael J. Hluchaniuk, U.S. Magistrate Judge

*Name and Title of Judicial Officer*

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

A TRUE COPY
CLERK, U.S. DISTRICT COURT
ASTERN DISTRICT OF MICHIGAN

BY _____ DEPUTY CLERK

U.S. DISTRICT COURT COPY
EAST DIST. MICH
FLINT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

2008 AUG 26  A  9: 43

FILED

UNITED STATES OF AMERICA,

        Plaintiff,

                              NO.  4:08-MM-30381

v.

JEFFREY ALAN BROHN,

        Defendant.

_____/

## GOVERNMENT'S AMENDED PETITION FOR REMOVAL
## OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5 of the Federal Rules of Criminal Procedure, the United

States of America hereby petitions the Court for an order holding defendant

JEFFREY ALAN BROHN to answer to charges pending in another federal

district, and states:

1.      On August 25, 2008, defendant was arrested in the Eastern District

of Michigan in connection with a federal arrest warrant issued in the Eastern

District of California based on an Indictment.  Defendant is charged in that district

with use of a facility of interstate commerce to induce minor to engage in criminal

sexual activity, in violation of 18 U.S.C. §2422(b) and with travel with intent to

engage in illicit sexual conduct, in violation of 18 U.S.C. §2422(b).

2.    Rule 5 requires this Court to determine whether defendant is the

person named in the arrest warrant described in Paragraph One above.  *See* Fed. R.

Crim. P. 5(c)(3).

WHEREFORE, the government requests this Court to conduct removal

proceedings in accordance with Rule 5 of the Federal Rules of Criminal

Procedure.

Respectfully submitted,

TERRENCE BERG
Acting United States Attorney

CRAIG F. WININGER
Assistant U.S. Attorney
600 Church Street
Flint, MI 48502-1280
(810) 766-5032
craig.wininger@usdoj.gov
P57058

Dated: August 26, 2008

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

v.

CASE NUMBER: *Corrected Warrant Arrest*

Jeffery Alan Brohn

*1:08 MJ 00178 SMS*

*08-mJ-30381*

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Jeffrey Alan Brohn__

*(Name)*
and bring him forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information _x_ Complaint __Order of the Court __Violation Notice __Probation Violation Petition

charging him with Use of a Facility of Interstate Commerce to Coerce, Persuade, Induce, or Entice a Minor to Engage in Sexual Activity for Which Any Person could be Prosecuted

*in violation of Title 18, United States Code, Section 2422(b),*

| | |
|---|---|
| Name of Issuing Officer: (*) | **U.S. MAGISTRATE JUDGE** |
| | Title of Issuing Officer: (*) |
| Signature of Issuing Officer | August        , 2008 at Fresno, California |
| | Date and Location |
| Bail fixed at $  No bail | by _____ |
| | (Name of Judicial Officer) |

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ . | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

County of Fresno

Re:  In Support of
Criminal Complaint

Jeffrey Alan Brohn
~~~~~~~~~~~~~~~~~~~,
Flushing, Michigan

## AFFIDAVIT

I, Juan P. Morales, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the California Department of Justice (DOJ), and I have been so employed for approximately 11 years. I have 27 years of extensive training in law enforcement and criminal investigations. I have investigated more than 500 criminal cases, which include Computer Crimes such as Child Pornography, Identity Theft, Extortion, Fraud, Burglary, Robbery, Embezzlement and Homicide. I have attended computer crimes training classes sponsored by the California Department of Justice, National White Collar Crimes Center and the National Law Center. I received training in Internet Crimes Investigation, Computer Forensics Data Collection, Computer Crimes Investigation and I have attended several seminars that provided training in the areas of child exploitation on the internet. In November of 2006, I was assigned to the Federal Bureau of Investigation (FBI) Fresno Area Cyber Crimes Task Force (CCTF) and have been given Special Deputation Authority.

2. This affidavit is made in support of issuance of a criminal complaint for Jeffrey Alan BROHN of Flushing, Michigan, for violating 18 U.S.C. § 2422(b)), which makes it a crime for any person to use the Internet or any facility of interstate commerce to attempt to persuade, induce, entice, or coerce an individual whom he believed to be under the age of 18 years old, to engage in sexual activity for which anyone could be charged with a criminal offense.

3. The information contained in this affidavit is based upon my personal observations and training and, where noted, information related to me by other law enforcement officers and or/agents.

4. On June 6, 2006, Detective James L. Carr, Visalia Police Department (VPD) interviewed Victim (V), a 15 year old male residing in the City of Visalia, California. V stated he had been corresponding with a male subject whom he identified as Jeffery BROHN. V stated he initially met BROHN on the Internet at a site called "Hi5.com". He stated he began communicating with

BROHN sometime in early November of 2005. V stated that after Christmas of 2005 they began to correspond in a sexual nature and BROHN would ask V if he wanted to do various sexual acts to him and what types of acts he would like to perform on V. He stated that these sexual conversations continued throughout their e-mail contacts. BROHN was 40 years old and V was 15 years old at the time of the interview.

5. V stated that BROHN came to Visalia, California in January of 2006 to visit him. He stated that BROHN picked him up and took him to BROHN's hotel room in Tulare, California. V stated that he and BROHN engaged in sexual acts. He stated they began watching television and then he and BROHN began kissing. He stated they engaged in oral sex, but nothing else. V stated BROHN preformed oral sex on him and he performed oral sex on BROHN. This was the first time V had met BROHN in person.

6. Detective Carr went to the Motel 6 in Tulare California. He checked with the registration desk and located a registration record for BROHN, with a check in date of January 22, 2006 and a check out date of January 23, 2006.

7. Detective Carr located several e-mails to confirm communications between BROHN and V. BROHN had sent V a package in which he had enclosed underwear as well as other items. Detective Carr was able to access BROHN's web page on the Internet site "Hi5.com," and he noted many photographs of what appeared to be young teen boys as his friends. V provided Detective Carr with a photograph of BROHN he had received over the Internet from BROHN. Detective Carr compared the photograph received from V with a photograph he had obtained from the Sex Offender Registry Office in Wisconsin. Detective Carr made a positive identification of BROHN.

8. Detective Carr had obtained information that BROHN had been previously convicted of a sex offense in New Jersey and was required to register as a convicted sex offender. Detective Carr contacted the Madison Wisconsin Sex Offender Registry Office by telephone and they confirmed BROHN had been previously convicted of possession of child pornography in New Jersey, and he had registered as a sex offender in Wisconsin, because he had been living in La Crosse, Wisconsin when he began communicating with V.

9. On June 8, 2006, Detective David Elting, Phoenix Police Department (PPD) assisted Detective Carr by writing and serving a search warrant at 4025 N 40th Street, #23, Phoenix. This was BROHN's last known address as of January 2006. BROHN had been forcibly evicted by the constable in mid - May of 2006. Detective Elting executed the search warrant at the residence and found a computer and several e-mail messages. Detective Elting found an e-mail confirmation from

Motel 6 in Tulare for BROHN's reservation for Friday, January 20, 2006, through Sunday, January 22, 2006.

10. In 2006 the Tulare County District Attorney's Office filed a criminal complaint charging BROHN for violating California Penal Code Section (PC) 288(c)(1),( 2 counts), for committing Lewd and Lascivious Acts with V. BROHN was arrested and on September 11, 2006, he pled guilty in Tulare County Superior Court, Visalia, California, on both counst of violating PC Section 288(c)(1).

11. Wherefore, based upon the above facts and information, I submit there is probable cause to believe that defendant, Jeffery Alan BROHN, has violated 18 U.S.C. § 2422(b),Use of a Facility of Interstate Commerce to Induce A Minor to Engage In Criminal Sexual Activity, defendant herein, from approximately November of 2005, through approximately May of 2006 , in the County of Tulare, State and Eastern District of California, using any facility or means of interstate and foreign commerce, knowingly persuaded, induced, enticed, and coerced an individual, who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, and did attempt to do so, that is the defendant did use the Internet and a telephone to attempt to persuade, induce, entice, and coerce an individual whom he believed to be under the age of 18 years old, to engage in sexual activity for which any person could be charged with a criminal offense (specifically, a violation of California Penal Code section 288(c)(1), for committing a lewd act with a minor), all in violation of 18 U.S.C. 2422(b).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Juan P. Morales
Federal Bureau of Investigation
Cyber Crimes Task Force

Sworn to before me, and subscribed in my presence, This 7th day of August, 2008

United States Magistrate Judge
SM SNYDER

ORIGINA T389    C16 09006

## Tell me when a sex offender moves near me
## I want to help Family Watchdog make my community safer

### JEFFREY A BROHN

Details    Convictions    Description



First Name: JEFFREY
Middle Name: A
Last Name: BROHN

| Conviction(s) |
|---|
| 01/06/1997 OUT-OF-STATE NJ 2C:24-4B(5)(B: Possession of Child Pornagraphy |
| **Source of Information: WI State Sex Offender Registry** |

≋at&t  $12 99 /mo. AT&T Yahoo! High Speed Internet Express Available online only. 12 mo. term. Other monthly charges apply. See Details. Learn more

CONFIDENTIAL PATIENT
INFORMATION
CA W&I CODE 5328

REF TO DA

BR
T30U

Laserfiche T396

http://www.familywatchdog.us/View/OffenderConvictions

Important: The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified.

## Comprehensive Report

**Report Processed:**
Date: 08/05/08

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✔ - Verified Address

## Subject Information:



**Name:** JEFFREY ALAN BROHN
DOB:1/16/1966
**SSN:** 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 issued in Michigan
between *1/1/1976* and *12/31/1977*
View All SSN Sources
**Age:** 42

## Names Associated With Subject:   View All Name Variations Sources
JEFFREY A BROHN DOB:1/16/1966 Age: 42
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 issued in Michigan between 1/1/1976 and 12/31/1977
JEFFREY BROHN DOB:1/16/1986 Age: 42
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 issued in Michigan between 1/1/1976 and 12/31/1977
JEFFERY A BROHN DOB:1/16/1966 Age: 42
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 issued in Michigan between 1/1/1976 and 12/31/1977

## Others Associated With Subjects SSN:
(DOES NOT usually indicate any type of fraud or deception)
[None Found]

## Comprehensive Report Summary:

| Names Associated With Subject | 3 Found |
|---|---|
| Others Associated With Subjects SSN | None Found |
| Possible Criminal Records | 6 Found |
| Sexual Offenses | 1 Found |
| Driver's License | 2 Found |
| Motor Vehicles Registered | None Found |
| Florida Accidents | None Found |
| Concealed Weapons Permit | None Found |
| Corporate Affiliations | None Found |
| People at Work | 4 Found |
| Professional Licenses | None Found |
| FAA Certifications | None Found |
| FAA Aircrafts | None Found |
| Watercraft | None Found |
| Hunting/Fishing Permit | None Found |
| | |

# UNITED STATES DISTRICT COURT **FILED**

**EASTERN** DISTRICT OF **CALIFORNIA**

oOo

AUG 0 7 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY **C. ESTEVES**
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

Jeffrey Alan Brohn
~~, ~~
*Flushing, Michigan*

## CRIMINAL COMPLAINT

CASE NUMBER:

**1: 0 8 MJ    0 0 1 7 8 SMS**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Between on or about November 1, 2005 and June 8, 2006 in Tulare County, in the Eastern District of California defendant(s) did, (Track Statutory Language of Offense)

▸ **Use of mail or any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, or attempts to do so.**

in violation of Title 18, United States Code, Section(s) 2422(b). I further state that I am a(n) Task Force Officer with the Federal Bureau of Investigation, Cyber Crimes Task Force and that this complaint is based on the following facts:

▸ **See Attached Affidavit**

_x_  Continued on the attached sheet and made a part hereof.

Signature of Complainant Juan P. Morales
Federal Bureau of Investigation
Cyber Crimes Task Force

Sworn to before me, and subscribed in my presence

August 7, 2008                    at    Fresno, CA

Date

**S.M. SNYDER**
U.S. Magistrate Judge

Name and Title of Judicial Officer

City and State

Signature of Judicial Officer