DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JEFFREY ALAN BROHN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:08-cr-00271 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | ) | |
| JEFFREY ALAN BROHN, | ) | DATE: October 14, 2008 |
| Defendant. | ) | TIME : 9:00 a.m. |
|  | ) | DEPT : Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record herein, that the Status Conference in the above-captioned matter, now scheduled for October 6, 2008, **may be continued to October 14, 2008, at 9:00 a.m.**

   The reasons for this continuance is to allow counsel for defendant time for further investigation and case preparation before the hearing and AUSA will not be available on October 6, 2008.   The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                MCGREGOR W. SCOTT
                                United States Attorney

DATED: October 2, 2008           /s/ David Gappa
                                DAVID GAPPA
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


                                DANIEL J. BRODERICK
                                Federal Defender

DATED: October 2, 2008           /s/ Douglas J. Beevers
                                DOUGLAS J. BEEVERS
                                Assistant Federal Defender
                                Attorney for Defendant
                                JEFFREY ALAN BROHN

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   October 2, 2008**           /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE