DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS BEEVERS, Virgin Islands Bar # 766
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JEFFREY ALAN BROHN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-00271 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND |
| v. | ) ) | ORDER THEREON |
| JEFFREY ALAN BROHN, | ) ) ) | Date:  December 1, 2008 Time:  9:00 a.m. Judge: Hon. Anthony W. Ishii |
| Defendant. | ) ) ) | |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto and  through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for plaintiff, and DOUGLAS J. BEEVERS, Assistant Federal Defender, counsel for defendant, JEFFREY ALAN BROHN, that the Status Conference scheduled for November 17, 2008 may be continued to December 1, 2008 at 9:00 a.m., or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is November 17, 2008.  The requested new date is December 1, 2008.**

　　　　The reason for this continuance is to allow counsel for defendant time for further preparation. Counsel for defendant is scheduled for two trials next week, one of which is scheduled to begin November 17, 2008.

///

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATED: November 13, 2008          By  /s/ David L. Gappa
                                              DAVID L. GAPPA
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff


                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: November 13, 2008          By  /s/ Douglas J. Beevers
                                              DOUGLAS J. BEEVERS
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              Jeffrey Alan Brohn


**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   November 14, 2008**                **/s/ Anthony W. Ishii**
                                              CHIEF UNITED STATES DISTRICT JUDGE