DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS BEEVERS, Virgin Islands Bar # 766
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JEFFREY ALAN BROHN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:08-cr-00271 AWI |
|---|---|
| Plaintiff, | ) |
| v. | ) DEFENDANT'S STIPULATION FOR EXTENSION OF TIME IN WHICH TO FILE MOTIONS IN LIMINE |
| JEFFREY ALAN BROHN, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the Motions in Limine now due on December 22, 2008, may be continued to January 9, 2009 and the replies to be filed by January 16, 2009. The parties request that the Trial Confirmation and Motion Hearing set for January 20, 2009 remain as set.

The reason for the continuance is that both counsel are working on several appellate briefs this week. In addition, counsel's Motions in Limine address the same issues regarding which of defendant's prior convictions may be admitted at trial, and the parties have tried to resolve the evidentiary issues by agreement.

///

///

The parties request that the Motions in Limine be heard by whichever judge is assigned to handle the trial.

McGREGOR W. SCOTT
United States Attorney

DATED: December 19, 2008        By  /s/ David L. Gappa
DAVID L. GAPPA
Assistant United States Attorney
Counsel for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: December 19, 2008        By  /s/ Douglas J. Beevers
DOUGLAS J. BEEVERS
Assistant Federal Defender
Counsel for Defendant
 JEFFREY ALAN BROHN

**ORDER**

IT IS SO ORDERED.

**Dated:   December 22, 2008**              /s/ **Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE

Defendant's Stipulation for Extension of
Time in Which to File Motions in Limine            2