**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 1:08-cr-00271 **AWI** |
| | ) | |
| Plaintiff, | ) | **SEALING ORDER** |
| | ) | |
| v. | ) | **ORDER RE EX PARTE** |
| | ) | **APPLICATION FOR** |
| **JEFFREY ALAN BROHN,** | ) | **SUBPOENA DUCES TECUM** |
| | ) | **PURSUANT TO F.R.CR.P. 17(c)** |
| Defendant. | ) | |
| | ) | |

The court hereby orders that the Order Re Ex Parte Application For Subpoenas Duces Tecum Pursuant to F.R.Cr.P. 17(c) shall be sealed until further order of the court.

IT IS SO ORDERED.

**Dated:    December 23, 2008**          /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE