```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DOUGLAS BEEVERS, V.I. Bar #766
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  JEFFREY BROHN
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:08 CR 00271 OWW |
|---|---|
| Plaintiff, | ) NO. 1:09 CR 00025 OWW ) |
| v. | ) DEFENDANT'S FORMAL OBJECTION ) |
| JEFFREY BROHN, | ) Date:   June 15, 2009 ) Time:   1:30 p.m. |
| Defendant. | ) Judge: Hon. Oliver W. Wanger ) ) |

**1. Objection to Paragraph 56 and the Resulting Calculations.**

Paragraph 56 adds 2 points for a sentence of jail, but defendant was sentenced to only a suspended jail sentence. The court documents show the defendant was "sentenced to one year in the county jail or payment of restitution." The sentencing document stated that he had some credit for time served, but Defendant contends that the phrase must be construed as only applying if he ever served the year. Defendant never served the jail sentence at all, because restitution was paid that date. According to U.S.S.G. §4A1.2 Application Note 4 a sentence imposed in the alternative with a fine as an alternative to jail is treated as a non-incarceration sentence. This change would reduce the final guideline calculation by one criminal history point to where the agreed sentence would be in the middle of the range.

//

//

//

1 | Dated: June 5, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/   Douglas Beevers
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
JEFFREY BROHN