June 30, 2009

The Honorable Oliver W. Wanger
U.S. District Court
2500 Tulare Street
Fresno, California 93721

Your Honor:

I am writing to you today in addendum to my letter dated June 24th, 2009. I was under the impression that I would be questioned by Your Honor and possibly the government. Understanding that AUSA would need some time to respond I didn't realize tht it would be almost another 1/4 year or 12 weeks.

So I write this to you, to not only elaborate on some points from my first letter, but also some points I had expected to bring up in the hearing. Not wanting to have the issue put off for another 12 weeks for additional responses from the government.

Having read and re-read my letter to Your Honor, there are a number of points I believe need further emphasis. The basis for my initial request besides my innocence is the time allowed to consider and then accept or reject an offer from the government and the understanding that this Plea Agreement would somehow take care of the issue in another district (i.e., Arizona).

In this matter, I was brought to the courthouse unaware of anything being scheduled on March 27th, 2009. The Marshals informed me that it was for a change of plea hearing. I did not know any of this until I was at the Federal Courthouse and then saw my attorney, Douglas J. Beevers, sometime after transport. Then I am made aware of the Plea Offer that I later find out is printed and awaiting signatures that includes new charges, charges from a different district and all California charges. This is the first time on that morning that I had been made aware of any type of agreement of this nature.

So then back and forth negotiations did transpire over the next few hours. When a couple of hours had passed, I was presented with another plea offer - I believe the fourth of the day. Without the offer in writing or time to think about it. I had to accept or reject it. Then we came before Your Honor to put such a plea on the record. There were still errors on this agreement and changes were made in writing and I believe also verbally. The document that was signed by myself and my attorney and two representatives of the government was not the document I received in the mail that had been filed with the court in regards to 1:09-cr-00025 OWW.

So then after our hearing before Your Honor on June 29th, 2009, I am aware and understand the government has been given 63 days to respond to my letter dated 6/24/09, and 82

days until our next hearing before Your Honor. My decision to accept or reject the Plea needed to happen in less than a business day and actually less than 2 hours.

     I do understand that the government had to have their witnesses brought to town for the start of the trial which was scheduled for 3/31/09. Rushing the change of plea does not seem that it had the Best Interest of Justice in my mind. I also know that the hearing that was scheduled for March 30, 2009 in front of Your Honor and the report from the Forensics on the disputed computer would have influenced my decision and because of the timing and rush - I was not allowed to view or discuss this report or have this hearing on 404(b) evidence.

     My other main concern elaborated in this letter is the disposal of a possible and alleged charge in a U.S. district Court in Arizona. The wording and verbiage put forth in the filed plea agreement do not even come close to covering what my opinion of the agreement was.

     In additional finally receiving some of the forensic evidence that did not match what I had been told was contained therein and strongly influencing my desire not to plead at that time and continue to prove my innocense.

     Having had all of this information on the morning of March 27th or earlier would have not only brought up questions for counsel on both sides, but given the Defense reason to continue researching information before recommending a Plea Agreement or a counteroffer.

     I apologize to Your Honor for not elaborating in my initial letter. I also apologize for this being hand written and hope Your Honor doesn't have any trouble reading it.

     It is also my intent to most likely follow up these letters with one more letter after I have had a chance to read through the transcripts the government has requested.

     Thank you again for your time and your consideration.

                                       Respectfully,

                                       /s/ Jeffrey A. Brohn
                                     Jeffrey A. Brohn
                                     7015041/0842477
                                     P. O. Box 872
                                     Fresno, California 93712