1 | MICHAEL W. BERDINELLA, SBN: 085038
2 | Law Office of Michael W. Berdinella
3 | 726 West Barstow, Suite 100
4 | Fresno, CA 93704
5 | E-mail: berdinellalaw@gmail.com
6 | Phone: (559) 436-8000
7 | Fax:    (559) 436-8900
8 |
9 | Attorney for Defendant/Petitioner,
10 | JEFFREY A. BROHN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No.: **1:08-CR-00271 DAD** |
|---|---|
| Respondent/Plaintiff, | **1:09-CR-00025-DAD** |
| vs. | |
| **JEFFREY A. BROHN,** | **STIPULATION TO CONTINUE SENTENCING HEARING CASE NO. 1:08CR-00271, AND MOTION AND PETITION FOR A WRIT OF CORAM NOBIS TO VACATE SENTENCE AND DISMISS CASE NO. 1:09-CR-00025; ORDER** |
| Petitioner/Defendant. | **Date: April 4, 2018** |
|  | **Time: 10:00 a.m.** |
|  | **Court: Hon. Dale A. Drozd** |

1

1 **TO: THE HONORABLE DALE A. DROZD, JUDGE OF THE UNITED STATES**
2 **DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND**
3 **McGREGOR W. SCOTT, UNITED STATES ATTORNEY, AND DAVID L. GAPPA,**
4 **ASSISTANT UNITED STATES ATTORNEY, AND GRANT BENJAMIN RABEN,**
5 **ASSISTANT UNITED STATES ATTORNEY, COUNSEL FOR PLAINTIFF:**

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record, that the motion in the above captioned case 08-cr-00271-DAD and 09-cr-00025-DAD, now set for April 4, 2018 at 10:00 a.m., be continued to May 14, 2018 at 10:00 a.m.. The continuance is requested jointly by counsel for Defendant, Jeffrey A. Brohn, Attorney Michael W. Berdinella, and Counsel for Plaintiff, United States of America, Assistant United States Attorney David L. Gappa. Counsel have been made aware of a complicated issue that will effect Defendant's case. Both Counsel agree they need further time to resolve the matter between themselves before the Hearings. Mr. David L. Gappa has upcoming trials and a large Habeas Corpus Motion due that month. Mr. Gappa is out of the office the week of March 26-30 and unavailable. Counsel will not be able to proceed on April 4, 2018 and jointly request the above stated cases be reset for May 14, 2018. Counsel for Mr. Jeffrey A. Brohn agrees to exclude time until May 14, 2018.

DATED: March 23, 2018

Respectfully submitted,

/s/ Michael W. Berdinella

Michael W. Berdinella

Attorney for Defendant

Jeffrey A. Brohn

DATED: March 23, 2018

/s/ David L. Gappa

David L. Gappa

Assistant United States Attorney

**ORDER**

The matters set before this Court on April 4, 2018 in Case no. 1:08-cr-00271-DAD and Case No. 1:09-cr-00025-DAD are continued until May 14, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **March 23, 2018**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE