IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY ALAN BROHN,<br><br>　　　　　　　Defendant. | CASE NO. 1:08-CR-00271 DAD<br><br>ORDER ON STIPULATION FOR AMENDED SPECIAL CONDITIONS OF SUPERVISED RELEASE<br><br>COURT: Honorable Dale A. Drozd |

The court has reviewed the reviewed the decision from the United States Court of Appeals for the Ninth Circuit that was issued on September 3, 2019. (Doc. No. 181.) That order vacated Special Conditions of Supervised Release Nos. 9 and 10 imposed by the undersigned when sentencing defendant Brohn for violating the conditions of his Supervised Release and remanded the matter with respect to those conditions and to receive the input of the parties and the probation officer. (*Id*.) The court has now also reviewed the stipulation of the parties, which was drafted after consulting the probation office and is signed by the defendant as well as his counsel, following remand and approves the parties' proposed language for the modifications of Special Conditions Number 9 and Number 10 of defendant's Supervised Release. (Doc. No. 183.) Accordingly, it is ordered that the stipulation of the parties and the

/////

/////

/////

new terms of supervised release, as to Special Conditions Number 9 and Number 10, be incorporated into the record.

IT IS SO ORDERED.

Dated: **October 22, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE